B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Alabama | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carter, Trinae** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1186** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 231552**<br>**Montgomery, AL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **36123** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11    of a Foreign Main Proceeding<br>☐ Chapter 12 ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |
|---|---|---|
| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,  ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as   business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Carter, Trinae** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Richard D. Shinbaum**          **May 20, 2015**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Richard D. Shinbaum ASB-8638-B54R** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(04/13)**

| | |
|---|---|
| ## Voluntary Petition<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Carter, Trinae** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Trinae Carter**
Signature of Debtor **Trinae Carter**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 20, 2015**
Date

### Signature of Attorney*

X **/s/ Richard D. Shinbaum**
Signature of Attorney for Debtor(s)

**Richard D. Shinbaum ASB-8638-B54R**
Printed Name of Attorney for Debtor(s)

**Shinbaum & Associates**
Firm Name

**566 South Perry Street**
**P O Box 201**
**Montgomery, AL 36101**
Address

**Email: rshinbaum@smclegal.com**
**334-269-4440- Selma 334-872-4545  Fax: 334-263-4096-Selma 334-874-1084**
Telephone Number

**May 20, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Alabama

In re   **Trinae Carter**                                            Case No.                            
                                    Debtor(s)           Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Trinae Carter**
                                            **Trinae Carter**

Date:     **May 20, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Middle District of Alabama

In re    **Trinae Carter** _____,  Case No. _____

                                   Debtor

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,951.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 166,849.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,427.73 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,210.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 7,500.00 | | |
| | | | Total Liabilities | 177,800.72 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Alabama

In re   **Trinae Carter**

Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,427.73 |
| Average Expenses (from Schedule J, Line 22) | 3,210.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 4,351.74 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,201.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 166,849.72 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 171,050.72 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re **Trinae Carter**, Debtor    Case No. ____________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total > **0.00** (Total of this page)

Total > **0.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Trinae Carter**                                                    Case No. _____
                                                                           ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Prepaid Card** | - | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS** | - | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING** | - | 300.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                                  750.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __**Trinae Carter**_____,     Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

5/20/15 3:08PM

In re   **Trinae Carter**
                           ,        Case No. _____

                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2011 NISSAN SENTRA** | - | 6,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 6,750.00 |
| (Total of this page) | |
| Total > | 7,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re   **Trinae Carter** _____ ,    Case No. _____

                               Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)      $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Prepaid Card** | **Ala. Code § 6-10-6** | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS** | **Ala. Code § 6-10-6** | 400.00 | 400.00 |
| **Wearing Apparel** | | | |
| **CLOTHING** | **Ala. Code §§ 6-10-6, 6-10-126** | 300.00 | 300.00 |
| | | | |
| Total: | | 750.00 | 750.00 |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Trinae Carter** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1** **CPS** **19500 JAMBOREE RD** **FLOOR 4** **Irvine, CA 92612** | | - | **2011** **Purchase Money Security** **2011 NISSAN SENTRA** Value $ **6,750.00** | | | | **10,951.00** | **4,201.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

<u>0</u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **10,951.00** | **4,201.00** |
| Total (Report on Summary of Schedules) | **10,951.00** | **4,201.00** |

B6E (Official Form 6E) (4/13)

In re **Trinae Carter**                                                                  , Case No. _____

                                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1      continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

In re __Trinae Carter_____,    Case No. _____

                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2010-2013 TAXES** | | | | | | |
| **Creditor #: 1**<br>**INTERNAL REVENUE SERVICE**<br>**P O BOX 7317**<br>**Philadelphia, PA 19101-7317** | - | | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to          Subtotal       **0.00**
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    **0.00**      **0.00**

                                        Total      **0.00**
                 (Report on Summary of Schedules)    **0.00**      **0.00**

B6F (Official Form 6F) (12/07)

In re **Trinae Carter** , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 1**<br>**1 Stop Cash**<br>**2801-C Vaughn Plaza Rd**<br>**Montgomery, AL 36116** | - | | PDL | | | | 640.00 |
| Account No.<br><br>**Creditor #: 2**<br>**ALABAMA ER ADMIN**<br>**P.O. BOX 4419**<br>**Woodland Hills, CA 91365** | - | | COLLECTIONS | | | | 174.00 |
| Account No.<br><br>**BAPTIST MEDICAL CENTER EAST**<br>**PO BOX 241145**<br>**Montgomery, AL 36124** | | | Representing:<br>**ALABAMA ER ADMIN** | | | | Notice Only |
| Account No.<br><br>**Creditor #: 3**<br>**ALABAMA GAS**<br>**235 LEE STREET**<br>**Montgomery, AL 36104** | - | | COLLECTIONS | | | | 166.00 |

__25__ continuation sheets attached

Subtotal
(Total of this page) **980.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:34718-150508   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Trinae Carter**                                                                    ,         Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **ALA GAS CO** **605 RICHARD ARRINGTON BLVD N** **Birmingham, AL 35203** | | | | Representing: **ALABAMA GAS** | | | | **Notice Only** |
| Account No. **Creditor #: 4** **ALABAMA POWER** **P.O. BOX 1088** **Arlington, TX 76004** | | - | | COLLECTIONS | | | | **384.00** |
| Account No. **CREDIT SYS FOR ALABAMA POWER** **P.O. BOX 1088** **Arlington, TX 76004** | | | | Representing: **ALABAMA POWER** | | | | **Notice Only** |
| Account No. **CREDIT SYSTEM** **1277 COUNTRY CLUB LANE** **Fort Worth, TX 76112** | | | | Representing: **ALABAMA POWER** | | | | **Notice Only** |
| Account No. **Creditor #: 5** **Alabama State Employees Credit Union** **c/o Richard C. Dean, Jr.** **PO Box 1028** **Montgomery, AL 36101-1028** | | - | | SM-2010-900450 | | | | **425.13** |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **809.13**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trinae Carter**
_____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ALABAMA STATE EMPLOYEES CU** <br> **1000 INTERSTATE DRIVE** <br> **Montgomery, AL 36109** | | | **Representing:** <br> **Alabama State Employees Credit Union** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 6** <br> **ALIANT BANK** <br> **7911 VAUGHN RD** <br> **Montgomery, AL 36116** | | - | **OVERDRAWN** | | | | **2,656.00** |
| Account No. <br> **Creditor #: 7** <br> **Alltel** <br> **Dept 555** <br> **P.O. Box 4127** <br> **Concord, CA 94524** | | - | **COLLECTIONS** | | | | **570.00** |
| Account No. <br><br> **Alltel - All Correspondence** <br> **Bldg 4, Fifth Floor** <br> **One Allied Drive** <br> **Little Rock, AR 72202-2099** | | | **Representing:** <br> **Alltel** | | | | **Notice Only** |
| Account No. <br><br> **ALLTEL COMMUNICATIONS** <br> **2000 HIGHLAND ROAD** <br> **Twinsburg, OH 44087** | | | **Representing:** <br> **Alltel** | | | | **Notice Only** |

Sheet no. __2__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,226.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re __Trinae Carter_____,  Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | MEDICAL | | | | |
| Creditor #: 8 AMERICAN FAMILY CARE P.O. BOX 610410 BIRMINGHAM, AL 35261-0410 | - | | | | | | | 81.00 |
| Account No. | | | | | | | | |
| AMSHERCOLLECTIONS 600 BEACON PKWY W SUITE 300 Birmingham, AL 35209 | | | | Representing: AMERICAN FAMILY CARE | | | | Notice Only |
| Account No. | | | | | | | | |
| CMI GROUP 4200 INTERNATIONAL PKWY Carrollton, TX 75007 | | | | Representing: AMERICAN FAMILY CARE | | | | Notice Only |
| Account No. | | | | COLLECTIONS | | | | |
| Creditor #: 9 ARS P.O. Box 459079 Fort Lauderdale, FL 33345-9079 | - | | | | | | | 30.00 |
| Account No. | | | | | | | | |
| Emergency Services of Montgomery PO Box 189016 Plantation, FL 33318-9016 | | | | Representing: ARS | | | | Notice Only |

Sheet no. __3__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Trinae Carter**
_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | COLLECTIONS | | | | |
| **Creditor #: 10** **AT & T** **PO BOX 163250** **Columbus, OH 43216-3250** | - | | | | | | | **500.00** |
| Account No. | | | | | | | | |
| **BELLSOUTH** **PO BOX 105503** **Atlanta, GA 30348-5503** | | | | Representing: **AT & T** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **BELLSOUTH** **29EF1-301 W BAY STREET** **Jacksonville, FL 32202** | | | | Representing: **AT & T** | | | | **Notice Only** |
| Account No. | | | | MEDICAL | | | | |
| **Creditor #: 11** **BAPTIST HEALTH** **PO BOX 241145** **Montgomery, AL 36124-1145** | - | | | | | | | **100.00** |
| Account No. | | | | CV-2014-8 | | | | |
| **Creditor #: 12** **BELISSIA HAYNES** **X-CLUSIVE REALTY** **1806 MT MEIGS ROAD** **Montgomery, AL 36117** | - | | | | | | | **38,055.84** |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,655.84**

In re **Trinae Carter**

_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BELISSIA HAYNES** <br> **KRISTI FULLER** <br> **8244 OLD FEDERAL ROAD** <br> **Montgomery, AL 36117** | | | Representing: <br> **BELISSIA HAYNES** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 13** <br> **CAP ONE** <br> **P.O. BOX 85015** <br> **Richmond, VA 23285-5075** | | - | SM-2005-008705 | | | | **1,148.99** |
| Account No. <br> **Creditor #: 14** <br> **CARRINGTON PARK** <br> **2000 CENTRAL PARKWAY** <br> **Montgomery, AL 36106** | | - | DV-2009-901204 | | | | **3,495.00** |
| Account No. <br><br> **RENT RECOVERY** <br> **2814 SPRING ROAD** <br> **STE 301** <br> **Atlanta, GA 30339** | | | Representing: <br> **CARRINGTON PARK** | | | | **Notice Only** |
| Account No. <br> **Creditor #: 15** <br> **Cash Colorado** <br> **3611 North Ridge Road** <br> **Wichita, KS 67205** | | - | SM-2011-906228 | | | | **617.50** |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,261.49**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CASH COLORADO C/O BRIAN MICHAEL CLOUD 1625 RICHARD ARRINGTON JR BLVD SOUTH Birmingham, AL 35205** | | | Representing: **Cash Colorado** | | | | **Notice Only** |
| Account No. Creditor #: 16 **CASH MART 2651 EAST SOUTH BLVD Montgomery, AL 36109** | | - | PDL | | | | **714.00** |
| Account No. Creditor #: 17 **CASH MART 2651 EAST SOUTH BLVD Montgomery, AL 36109** | | - | SM-2008-002915 | | | | **617.50** |
| Account No. Creditor #: 18 **CHAMBLESS & MATH P.O. BOX 230759 MONTGOMERY, AL 36123** | | - | COLLECTIONS | | | | **160.00** |
| Account No. **BAPTIST HEALTH PO BOX 241145 Montgomery, AL 36124-1145** | | | Representing: **CHAMBLESS & MATH** | | | | **Notice Only** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,491.50**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter** ,                                    Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **UAB HEALTH SYSTEM 619 19TH ST S Birmingham, AL 35249** | | | Representing: **CHAMBLESS & MATH** | | | | Notice Only |
| Account No. Creditor #: 19 **CHARTER COMMUNICATION 8014 BAYBERRY ROAD Jacksonville, FL 32256** | | - | **COLLECTIONS** | | | | 300.00 |
| Account No. **CHARTER COMMUNICATIONS 5990 MONTICELLO DR Montgomery, AL 36117** | | | Representing: **CHARTER COMMUNICATION** | | | | Notice Only |
| Account No. **CREDIT MANAGEMENT 4200 INTERNATIONAL PKWY Carrollton, TX 75007** | | | Representing: **CHARTER COMMUNICATION** | | | | Notice Only |
| Account No. Creditor #: 20 **CHECK INTO CASH 3448 ATLANTA HWY Montgomery, AL 36109** | | - | **PDL** | | | | 750.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,050.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter** ,                                    Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | PDL | | | | |
| Creditor #: 21 Check N Go Installment Loan Payments 4540 Cooper Rd Ste. 200 Cincinnati, OH 45242 | - | | | | | | 750.00 |
| Account No. | | | COLLECTIONS | | | | |
| Creditor #: 22 CHECK SYSTEMS, INC 7805 HUDSON RD SUITE 100 Saint Paul, MN 55125 | - | | | | | | 5,000.00 |
| Account No. | | | COLLECTIONS | | | | |
| Creditor #: 23 CONSUMER PORTFOLIO PO BOX 57071 Irvine, CA 92619 | - | | | | | | 9,000.00 |
| Account No. | | | COLLECTIONS | | | | |
| Creditor #: 24 CREDIT MANAGEMENT 4200 INTERNATIONAL PKWY Carrollton, TX 75007 | - | | | | | | 609.00 |
| Account No. | | | | | | | |
| CHARTER COMMUNICATIONS 5990 MONTICELLO DR Montgomery, AL 36117 | | | Representing: CREDIT MANAGEMENT | | | | Notice Only |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,359.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Trinae Carter**                                              ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | COLLECTIONS | | | | |
| **Creditor #: 25**<br>**CREDIT MANAGEMENT**<br>**4200 INTERNATIONAL PKWY**<br>**Carrollton, TX 75007** | - | | | | | | | | |
| | | | | | | | | | 744.00 |
| Account No. | | | | | | | | | |
| **Creditor #: 26**<br>**CYPRUS COURT APARTMENTS**<br>**C/O ACCB**<br>**PO BOX 560855**<br>**Rockledge, FL 32956-0855** | - | | | | | | | | |
| | | | | | | | | | 2,200.00 |
| Account No. | | | | | | | | | |
| **CYPRUS COURT**<br>**4900 PLAZA DR**<br>**Montgomery, AL 36116** | | | | | Representing:<br>**CYPRUS COURT APARTMENTS** | | | | Notice Only |
| Account No. | | | | | | | | | |
| **Creditor #: 27**<br>**DEBBIE & ROYCE RICHARDSON**<br>**4831 MITFORD CIRCLE**<br>**Montgomery, AL 36106** | - | | | | | | | | |
| | | | | | | | | | 8,000.00 |
| Account No. | | | | | COLLECTIONS | | | | |
| **Creditor #: 28**<br>**DEBT RECOVERY SOLUTION**<br>**P.O. BOX 9001**<br>**WESTBURY, NY 11590** | - | | | | | | | | |
| | | | | | | | | | 60.00 |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,004.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter** ,                                    Case No. _____

                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ALABAMA ER ADMIN P.O. BOX 4419 Woodland Hills, CA 91365** | | | Representing: **DEBT RECOVERY SOLUTION** | | | | **Notice Only** |
| Account No. **Creditor #: 29 Dentistry for Children P.C. 5833 Carmichael Road Montgomery, AL 36117** | | - | MEDICAL | | | | **285.00** |
| Account No. **Creditor #: 30 DirecTV P O Box 538605 Atlanta, GA 30353-8605** | | - | COLLECTIONS | | | | **2,000.00** |
| Account No. **Creditor #: 31 DISCOVER CARD P.O. BOX 15316 WILMINGTON, DE 19850-5316** | | - | CREDIT CARD | | | | **1,500.00** |
| Account No. **DISCOVER 6500 NEW ALBANY ROAD New Albany, OH 43054** | | | Representing: **DISCOVER CARD** | | | | **Notice Only** |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,785.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | COLLECTIONS | | | | |
| Creditor #: 32 **DISH NETWORK** Dept 0063 Palatine, IL 60055-0063 | - | | | | | | 2,000.00 |
| Account No. | | | PDL | | | | |
| Creditor #: 33 **EASY MONEY** 1102 ANN STREET Montgomery, AL 36107 | - | | | | | | 799.00 |
| Account No. | | | DV-11-380 | | | | |
| Creditor #: 34 **ELLIOTT & SHARON GARDNER** 471 BISHOP TRAIL Montgomery, AL 36105 | - | | | | | | 945.00 |
| Account No. | | | COLLECTIONS | | | | |
| Creditor #: 35 **ENHANCED ACQUISITION** 3840 E ROBINSON ROAD SUITE 353 Buffalo, NY 14228 | - | | | | | | 645.00 |
| Account No. | | | | | | | |
| **BottomDollarPayday.com** C/O BD PDL Services, LLC Suite 556 Charlestown, Nevis West Indies | | | Representing: **ENHANCED ACQUISITION** | | | | Notice Only |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **4,389.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter**                                                              , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | DV-2014-902308 | | | | |
| Creditor #: 36 ENTERPRISE 4000 EASTERN BLVD Montgomery, AL 36116 | - | | | | | | | 9,826.66 |
| Account No. DV-14-902308 | | | | | | | | |
| PARNELL & CRUM P.O. BOX 2189 MONTGOMERY, AL 36102 | | | | Representing: ENTERPRISE | | | | Notice Only |
| Account No. | | | | PDL | | | | |
| Creditor #: 37 EZ MONEY 6533 ATLANTA HWY Montgomery, AL 36117 | - | | | | | | | 500.00 |
| Account No. | | | | STUDENT LOANS | | | | |
| Creditor #: 38 FEDLOAN P.O. BOX 60610 Harrisburg, PA 17106 | - | | | | | | | 9,322.00 |
| Account No. | | | | COLLECTIONS | | | | |
| Creditor #: 39 FIRST NATIONAL COLLECTION BUREAU 610 WALTHAM WAY Sparks, NV 89434 | - | | | | | | | 1,043.63 |

Sheet no. __12__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                **20,692.29**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Trinae Carter__ _____,   Case No. _____

(Debtor)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 40<br>**GOLD'S ALABAMA**<br>**CHAMBLESS MATH CARR**<br>**P.O. BOX 230759**<br>**Montgomery, AL 36123** | | - | | SM-2004-1479 | | | | 1,091.41 |
| Account No. 41<br>**GUARDIAN CREDIT UNION**<br>**1789 CONG WL DICKINSON DR**<br>**Montgomery, AL 36109** | | - | | OVERDRAWN | | | | 500.00 |
| Account No. 42<br>**HAYNES AMBULANCE**<br>**PO BOX 1515**<br>**Wetumpka, AL 36092** | | - | | MEDICAL | | | X | 227.00 |
| Account No. 43<br>**HEILIG MEYERS**<br>**5240 ATLANTA HIGHWAY**<br>**MONTGOMERY, AL 36117** | | - | | PAST DUE BILL | | | | 283.00 |
| Account No.<br>**GRAND METROPOLITAN**<br>**2934 BEVERLY GLEN CIR**<br>**SUITE 521**<br>**Bel Air, CA 90077-1724** | | | | Representing:<br>**HEILIG MEYERS** | | | | Notice Only |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,101.41**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter** _____, Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 44** **HOLLOWAY CREDIT SOLUTI** **1286 CARMICHAEL WAY** **MONTGOMERY, AL 36106** | - | | | COLLECTIONS | | | | 800.00 |
| Account No. **Creditor #: 45** **HSBC** **PO BOX 80028** **Salinas, CA 93912-0028** | - | | | CREDIT CARD | | | | 1,500.00 |
| Account No. **Creditor #: 46** **JACK INGRAM** **227 EASTERN BYPASS** **Montgomery, AL 36117** | - | | | | | | | 2,000.00 |
| Account No. **Creditor #: 47** **JACKSON HOSPITAL** **1725 PINE STREET** **Montgomery, AL 36106-1125** | - | | | MEDICAL | | | | 100.00 |
| Account No. **Creditor #: 48** **JACKSON SURGERY CENTER** **1725 PARK PLACE** **Montgomery, AL 36106** | - | | | MEDICAL | | | | 100.00 |

Sheet no. __14__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **4,500.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Trinae Carter__ , Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 49 | | | DV-14-21 | | | | |
| **Creditor #: 49** **JEFFREY PALMER** **9824 BLACK CHERRY COURT** **Pike Road, AL 36064** | - | | | | | | **2,931.43** |
| Account No. 50 | | | STUDENT LOANS | | | | |
| **Creditor #: 50** **KHEAA** **100 AIRPORT ROAD** **Frankfort, KY 40601-4323** | - | | | | | | **10,735.00** |
| Account No. 51 | | | CREDIT CARD | | | | |
| **Creditor #: 51** **KMART** **C/O AMERICAN RECOVERY** **100 CRISLER, STE 202** **CRESENT SPRINGS, KY 41017** | - | | | | | | **826.00** |
| Account No. | | | Representing: KMART | | | | |
| **SEARS** **P.O. BOX 105702** **ATLANTA, GA 30348** | | | | | | | **Notice Only** |
| Account No. 52 | | | COLLECTIONS | | | | |
| **Creditor #: 52** **KNOLOGY** **4200 INTERNATIONAL PKWY** **Carrollton, TX 75007** | - | | | | | | **283.00** |

Sheet no. __15__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **14,775.43**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __**Trinae Carter**_____,     Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**KNOLOGY**<br>**1241 O. G. SKINNER DRIVE**<br>**West Point, GA 31833-1789** | | | Representing:<br>**KNOLOGY** | | | | **Notice Only** |
| Account No. **2342608**<br>**Creditor #: 53**<br>**KNOLOGY**<br>**1241 O. G. SKINNER DRIVE**<br>**West Point, GA 31833-1789** | - | | COLLECTIONS | | | | **675.00** |
| Account No.<br>**knology**<br>**P.O. Box 756**<br>**West Point, GA 31833** | | | Representing:<br>**KNOLOGY** | | | | **Notice Only** |
| Account No.<br>**KNOLOGY**<br>**4200 INTERNATIONAL PKWY**<br>**Carrollton, TX 75007** | | | Representing:<br>**KNOLOGY** | | | | **Notice Only** |
| Account No.<br>**WOW**<br>**770 N. Eastern Blvd**<br>**Montgomery, AL 36117** | | | Representing:<br>**KNOLOGY** | | | | **Notice Only** |

Sheet no. __**16**__ of __**25**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **675.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Trinae Carter**
_____,  Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **WOW** **3173 Taylor Road** **Montgomery, AL 36116** | | | | | Representing: **KNOLOGY** | | | | **Notice Only** |
| Account No. | | | | | | | | | |
| **WOW** **6050 Knology Way** **Columbus, GA 31909** | | | | | Representing: **KNOLOGY** | | | | **Notice Only** |
| Account No. | | | | | OVERDRAWN | | | | |
| **Creditor #: 54** **Max Federal Credit Union** **400 Eastdale Circle** **Montgomery, AL 36117** | - | | | | | | | | **180.00** |
| Account No. | | | | | DV-2015-8 AND DV-2014-359 | | | | |
| **Creditor #: 55** **MOLTON MAYBERRY** **P.O. BOX 250415** **Montgomery, AL 36125** | - | | | | | | | | **8,530.60** |
| Account No. | | | | | MEDICAL | | | | |
| **Creditor #: 56** **MONTGOMERY ALLERGY & ASTHMA ASSOCIATES** **1420 NARROW LANE PKWY** **Montgomery, AL 36111-2654** | - | | | | | | | | **4,000.00** |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,710.60**

B6F (Official Form 6F) (12/07) - Cont.

5/20/15  3:08PM

In re  **Trinae Carter**
                                                              ,        Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 57**<br>**PLANTATION BILLING CENTER**<br>**PO BOX 459077**<br>**Fort Lauderdale, FL 33345-9077** | - | | **COLLECTIONS** | | | | **30.00** |
| Account No.<br>**Emergency Services of Montgomery**<br>**PO Box 189016**<br>**Plantation, FL 33318-9016** | | | Representing:<br>**PLANTATION BILLING CENTER** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 58**<br>**PROFESSIONAL PEDIATRICS**<br>**4154 CARMICHAEL ROAD**<br>**MONTGOMERY, AL. 36107** | - | | **MEDICAL** | | | | **80.00** |
| Account No.<br>**Creditor #: 59**<br>**Quick Credit**<br>**2653 East South Blvd**<br>**Montgomery, AL 36116** | - | | **LOAN** | | | | **539.00** |
| Account No.<br>**Creditor #: 60**<br>**REGIONS BANK**<br>**PO BOX 11007**<br>**Birmingham, AL 35207** | - | | **OVERDRAWN** | | | | **500.00** |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)  **1,149.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter**                                                                  Case No. _____

_____,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 61**<br>**REGIONS BANK**<br>**PO BOX 11007**<br>**Birmingham, AL 35288** | - | | | | | | **658.00** |
| Account No.<br>**Creditor #: 62**<br>**SHASHY REALTY**<br>**1401 I-85 PKWY SUITE E**<br>**Montgomery, AL 36106** | - | | DV-2012-902501 | | | | **974.00** |
| Account No.<br>**SHASHY REALTY**<br>**1401 I-85 PKWY #E**<br>**Montgomery, AL 36106** | | | Representing:<br>**SHASHY REALTY** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 63**<br>**SHELL OIL COMPANY**<br>**CUSTOMER SERVICE CENTER**<br>**P.O. BOX 80**<br>**TULSA, OK 74102-0080** | - | | CHARGE | | | | **300.00** |
| Account No.<br>**Creditor #: 64**<br>**SOUTHERN ORTHOPAEDIC**<br>**SURGEONS**<br>**P O BOX 250450**<br>**Montgomery, AL 36125-0450** | - | | MEDICAL | | | | **160.00** |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,092.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Trinae Carter**
_____,  Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SOUTHERN ORTHOPAEDIC PO BOX 250450 Montgomery, AL 36125-0450** | | | **Representing: SOUTHERN ORTHOPAEDIC SURGEONS** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **SOUTHERN ORTHOPAEDIC SURGEONS P O BOX 250450 Montgomery, AL 36125-0450** | | | **Representing: SOUTHERN ORTHOPAEDIC SURGEONS** | | | | **Notice Only** |
| Account No. | | | **COLLECTIONS** | | | | |
| **Creditor #: 65 SPEEDY CASH 3611 N RIDGE ROAD #104 Wichita, KS 67205** | - | | | | | | **666.00** |
| Account No. | | | **PDL** | | | | |
| **Creditor #: 66 Speedy Cash 1501 Eastern Bypass Montgomery, AL 36117** | - | | | | | | **700.00** |
| Account No. | | | **COLLECTIONS** | | | | |
| **Creditor #: 67 SPRINT P O Box 105243 Atlanta, GA 30348** | - | | | | | | **500.00** |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,866.00**

In re **Trinae Carter**
_____,
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 68**<br>**SunTrust Bank**<br>**P.O. Box 26149**<br>**Richmond, VA 23260-6149** | - | | | | | | 840.00 |
| Account No.<br><br>**SUNTRUST**<br>**LEGAL PROCESSING DEPT**<br>**PO BOX 4418**<br>**ATLANTA, GA 30202-4418** | | | **Representing:**<br>**SunTrust Bank** | | | | Notice Only |
| Account No.<br><br>**Creditor #: 69**<br>**THE BELLMONT APTS**<br>**3580 MCGHEE PLACE DR SOUTH**<br>**Montgomery, AL 36111** | - | | DV-2011-1089 | | | | 3,807.00 |
| Account No.<br><br>**Creditor #: 70**<br>**THE BELLMONT APTS**<br>**3580 MCGHEE PLACE DR SOUTH**<br>**Montgomery, AL 36111** | - | | DV-2008-901317 | | | | 1,800.32 |
| Account No.<br><br>**RICHARD MOXLEY**<br>**PO BOX 4953**<br>**Montgomery, AL 36103** | | | **Representing:**<br>**THE BELLMONT APTS** | | | | Notice Only |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,447.32

B6F (Official Form 6F) (12/07) - Cont.

In re __Trinae Carter__ , Case No. _____

                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.    SM-2015-901972 <br> **Creditor #: 71** <br> **THE HEALTH CARE AUTHORITY** <br> **400 TAYLOR ROAD** <br> **Montgomery, AL 36117** | - | | | | | | 783.32 |
| Account No.    SM-2013-902367 <br> **Creditor #: 72** <br> **THE HEALTH CARE AUTHORITY FOR BAPTIST** <br> **2105 EAST SOUTH BLVD** <br> **Montgomery, AL 36116** | - | | | | | | 813.39 |
| Account No. <br> **Creditor #: 73** <br> **TMobile Bankruptcy Team** <br> **PO Box 53410** <br> **Bellevue, WA 98015-5341** | - | | COLLECTIONS | | | | 460.00 |
| Account No. <br> **Creditor #: 74** <br> **TRIDENT ASSET MANAGEMENT** <br> **STE 12** <br> **5755 NORTHPOINT PKWY** <br> **Alpharetta, GA 30022** | - | | COLLECTIONS | | | | 80.00 |
| Account No. <br> **KNOLOGY** <br> **1241 O. G. SKINNER DRIVE** <br> **West Point, GA 31833-1789** | | | Representing: <br> **TRIDENT ASSET MANAGEMENT** | | | | **Notice Only** |

Sheet no. __22__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **2,136.71**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Trinae Carter**, Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | OVERDRAWN | | | | |
| Creditor #: 75 US BANK 101 5TH ST E STE A Saint Paul, MN 55101 | | - | | | | | 500.00 |
| Account No. | | | STUDENT LOANS | | | | |
| Creditor #: 76 US DEPT OF ED 2505 S FINLEY RD Lombard, IL 60148 | | - | | | | | 8,184.00 |
| Account No. | | | COLLECTIONS | | | | |
| Creditor #: 77 VAUGHN PODIATRY C/O HCBC 1286 CARMICHAEL WAY Montgomery, AL 36106 | | - | | | | | 120.00 |
| Account No. | | | | | | | |
| HOLLOWAY CREDIT SOLUTION 1286 CARMICHAEL WAY Montgomery, AL 36106 | | | Representing: VAUGHN PODIATRY | | | | Notice Only |
| Account No. | | | DV-2006-4625 | | | | |
| Creditor #: 78 VIRGINA DOWNS AND PINES APARTMENT CHARLES EDMONDSON 621 SOUTH PERRY STREET Montgomery, AL 36104 | | - | | | | X | 0.00 |

| | |
|---|---|
| Sheet no. __23__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) |
| | 8,804.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Trinae Carter**                                                    ,          Case No. _____
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **VIRGINA PINES** <br> **1537 JEAN STREET** <br> **Montgomery, AL 36107** | | | | Representing: <br> **VIRGINA DOWNS AND PINES APARTMENT** | | | | **Notice Only** |
| Account No. <br><br> **VIRGINIA DOWNS APARTMENTS** <br> **4440 VIRGINIA LOOP ROAD** <br> **Montgomery, AL 36116** | | | | Representing: <br> **VIRGINA DOWNS AND PINES APARTMENT** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 79** <br> **Wachovia Bank** <br> **P O Box 50014** <br> **Roanoke, VA 24040-5014** | - | | | **OVERDRAWN** | | | | **1,300.00** |
| Account No. <br><br> **WELLS FARGO** <br> **C/O CONSERVE** <br> **PO BOX 7** <br> **Fairport, NY 14450-0007** | | | | Representing: <br> **Wachovia Bank** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 80** <br> **WALMART** <br> **702 SW 8TH STREET** <br> **Bentonville, AR 72716** | - | | | **CHARGE** | | | X | **0.00** |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,300.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Trinae Carter**
_____,  Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 81** <br> **WESTERN SHAMROCK** <br> **801 S ABE** <br> **San Angelo, TX 76903** | - | | LOAN | | | | 678.00 |
| Account No. **AMG000201** <br> **Creditor #: 82** <br> **WESTERN SHAMROCK** <br> **801 S ABE** <br> **San Angelo, TX 76903** | - | | COLLECTIONS | | | | 800.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | 1,478.00 |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 166,849.72 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **Trinae Carter** , Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ROBERT HENRY**<br>**2412 Rosemont Pl**<br>**Montgomery, AL 36106** | **HOUSE LEASE** |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re     **Trinae Carter**                                                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**      continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Trinae Carter** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF ALABAMA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form B 6I</u>

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | **TEAM MEMBER** | |
| | **Employer's name** | **HYUNDAI** | |
| | **Employer's address** | **700 HYUNDAI BLVD**<br>**Montgomery, AL 36105** | |
| | **How long employed there?** | **9 YEARS** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,351.75** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **4,351.75** | $ **N/A** |

Debtor 1 **Trinae Carter**                                                                 Case number (*if known*)

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................ | 4. | $ 4,351.75 | $ N/A |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 667.18 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 55.23 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 75.44 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: **LIFE INSURANCE** | 5h.+ | $ 39.46 + | $ N/A |
| | **AFLAC** | | $ 86.71 | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.     6.     $ 924.02     $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.     $ 3,427.73     $ N/A

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.     $ 0.00     $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.     $ 3,427.73  +  $ N/A  =  $ 3,427.73
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:                                                                 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.     $ 3,427.73

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Case 15-31321    Doc 1    Filed 05/20/15    Entered 05/20/15 15:14:02    Desc Main
Document    Page 45 of 77

Fill in this information to identify your case:

Debtor 1 **Trinae Carter**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | 8 | ☐ No ■ Yes |
| **Daughter** | 9 | ☐ No ■ Yes |
| **Son** | 15 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ **1,175.00**

   **If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 80.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Case 15-31321    Doc 1    Filed 05/20/15    Entered 05/20/15 15:14:02    Desc Main
Document      Page 46 of 77

Debtor 1 __Trinae Carter__        Case number (if known) _____

| | | | | |
|---|---|---|---|---:|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 230.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 325.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 300.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 60.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:    **CHILD CARE** | | 21. +$ | 420.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 3,210.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,427.73 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 3,210.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 217.73 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain: _____

# United States Bankruptcy Court
## Middle District of Alabama

In re    **Trinae Carter**         Case No. _____
                   Debtor(s)      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_**42**\_\_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 20, 2015**            Signature    **/s/ Trinae Carter**
                                        **Trinae Carter**
                                        Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Alabama

In re    **Trinae Carter**                                    Case No. _____

                                      Debtor(s)          Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$23,043.69** | **YTD-2015-HYUNDAI** |
| **$21,970.00** | **2014-HYUNDAI** |
| **$49,959.00** | **2013-HYUNDAI** |

---

**2. Income other than from employment or operation of business**

None    ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                    SOURCE

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

   a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **DV-2015-8 AND DV-2014-359** | **UNLAWFUL DETAINER** | **MONTGOMERY, AL** | **PENDING** |
| **DV-2014-902308** | **BREACH OF CONTRACT** | **MONTGOMERY, AL** | **PENDING** |
| **DV-2012-902501** | **DEFAULT JUDGMENT** | **MONTGOMERY, AL** | |
| **SM-2011-906228** | **SMALL CLAIMS** | **MONTGOMERY, AL** | |
| **DV-2011-380** | **UNLAWFUL DETAINER** | **MONTGOMERY, AL** | |
| **DV-2009-901204** | **DEFAULT JUDGMENT** | **MONTGOMERY, AL** | |
| **DV-2008-901317** | **UNLAWFUL DETAINER** | **MONTGOMERY, AL** | |
| **DV-2006-004625** | | **MONTGOMERY, AL** | |
| **SM-2004-001479** | **SMALL CLAIMS** | **MONTGOMERY, AL** | |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SM-2015-901972** | **SMALL CLAIMS** | **MONTGOMERY, AL** | **PENDING** |
| **SM-2013-902367** | **SMALL CLAIMS** | **MONTGOMERY, AL** | |
| **SM-2010-900450** | **SMALL CLAIMS** | **MONTGOMERY, AL** | |
| **SM-2008-002915** | **SMALL CLAIMS** | **MONTGOMERY, AL** | |
| **SM-2005-008705** | **SMALL CLAIMS** | **MONTGOMERY, AL** | |
| **DV-2014-21** | **UNLAWFUL DETAINER** | **MONTGOMERY, AL** | |
| **DV-2011-001089** | | **MONTGOMERY, AL** | |
| **DV-2013-504** | **UNKNOWN** | **MONTGOMERY, AL** | |

None  ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None  ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 20, 2015**          Signature **/s/ Trinae Carter**
**Trinae Carter**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

5/20/15 3:08PM

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Alabama

In re   **Trinae Carter** _____   Case No. _____
                                    Debtor(s)               Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CPS** | **Describe Property Securing Debt:**<br>**2011 NISSAN SENTRA** |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**ROBERT HENRY** | **Describe Leased Property:**<br>**HOUSE LEASE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May 20, 2015** _____        Signature   **/s/ Trinae Carter** _____
                                                            **Trinae Carter**
                                                            Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 15-31321    Doc 1    Filed 05/20/15    Entered 05/20/15 15:14:02    Desc Main
Document      Page 55 of 77

# United States Bankruptcy Court
## Middle District of Alabama

In re   **Trinae Carter**                                                    Case No.
                                              Debtor(s)        Chapter        **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,000.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor       ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     b.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
         522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **May 20, 2015**                                    **/s/ Richard D. Shinbaum**
                                                             **Richard D. Shinbaum ASB-8638-B54R**
                                                             **Shinbaum & Associates**
                                                             **566 South Perry Street**
                                                             **P O Box 201**
                                                             **Montgomery, AL 36101**
                                                             **334-269-4440- Selma 334-872-4545   Fax:**
                                                             **334-263-4096-Selma 334-874-1084**
                                                             **rshinbaum@smclegal.com**

---

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### **Chapter 11**: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Middle District of Alabama

In re    **Trinae Carter**                        Case No. _____

                                Debtor(s)       Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Trinae Carter** | X **/s/ Trinae Carter** | **May 20, 2015** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Alabama

In re    **Trinae Carter**                             Case No.
                                         Debtor(s)       Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 20, 2015**                            **/s/ Trinae Carter**

                                            **Trinae Carter**
                                            Signature of Debtor

Trinae Carter
P.O. Box 231552
Montgomery, AL 36123


EQUIFAX INFORMATION SERVICES LLC
P.O. BOX 740241
Atlanta, GA 30374-0241


TRANSUNION CONSUMER SOLUTIONS
P.O. BOX 2000
CHESTER, PA 19022-2000


EXPERION
P.O. BOX 9701
Allen, TX 75013-9701


1 Stop Cash
2801-C Vaughn Plaza Rd
Montgomery, AL 36116


ALA GAS CO
605 RICHARD ARRINGTON BLVD N
Birmingham, AL 35203


ALABAMA ER ADMIN
P.O. BOX 4419
Woodland Hills, CA 91365


ALABAMA GAS
235 LEE STREET
Montgomery, AL 36104


ALABAMA POWER
P.O. BOX 1088
Arlington, TX 76004

Alabama State Employees Credit Union
c/o Richard C. Dean, Jr.
PO Box 1028
Montgomery, AL 36101-1028


ALABAMA STATE EMPLOYEES CU
1000 INTERSTATE DRIVE
Montgomery, AL 36109


ALIANT BANK
7911 VAUGHN RD
Montgomery, AL 36116


Alltel
Dept 555
P.O. Box 4127
Concord, CA 94524


Alltel - All Correspondence
Bldg 4, Fifth Floor
One Allied Drive
Little Rock, AR 72202-2099


ALLTEL COMMUNICATIONS
2000 HIGHLAND ROAD
Twinsburg, OH 44087


AMERICAN FAMILY CARE
P.O. BOX 610410
BIRMINGHAM, AL 35261-0410


AMSHERCOLLECTIONS
600 BEACON PKWY W
SUITE 300
Birmingham, AL 35209


ARS
P.O. Box 459079
Fort Lauderdale, FL 33345-9079

AT & T
PO BOX 163250
Columbus, OH 43216-3250


BAPTIST HEALTH
PO BOX 241145
Montgomery, AL 36124-1145


BAPTIST MEDICAL CENTER EAST
PO BOX 241145
Montgomery, AL 36124


BELISSIA HAYNES
X-CLUSIVE REALTY
1806 MT MEIGS ROAD
Montgomery, AL 36117


BELISSIA HAYNES
KRISTI FULLER
8244 OLD FEDERAL ROAD
Montgomery, AL 36117


BELLSOUTH
PO BOX 105503
Atlanta, GA 30348-5503


BELLSOUTH
29EF1-301 W BAY STREET
Jacksonville, FL 32202


BottomDollarPayday.com
C/O BD PDL Services, LLC
Suite 556
Charlestown, Nevis West Indies


CAP ONE
P.O. BOX 85015
Richmond, VA 23285-5075

CARRINGTON PARK
2000 CENTRAL PARKWAY
Montgomery, AL 36106


Cash Colorado
3611 North Ridge Road
Wichita, KS 67205


CASH COLORADO
C/O BRIAN MICHAEL CLOUD
1625 RICHARD ARRINGTON JR BLVD SOUTH
Birmingham, AL 35205


CASH MART
2651 EAST SOUTH BLVD
Montgomery, AL 36109


CHAMBLESS & MATH
P.O. BOX 230759
MONTGOMERY, AL 36123


CHARTER COMMUNICATION
8014 BAYBERRY ROAD
Jacksonville, FL 32256


CHARTER COMMUNICATIONS
5990 MONTICELLO DR
Montgomery, AL 36117


CHECK INTO CASH
3448 ATLANTA HWY
Montgomery, AL 36109


Check N Go
Installment Loan Payments
4540 Cooper Rd Ste. 200
Cincinnati, OH 45242

CHECK SYSTEMS, INC
7805 HUDSON RD SUITE 100
Saint Paul, MN 55125


CMI GROUP
4200 INTERNATIONAL PKWY
Carrollton, TX 75007


CONSUMER PORTFOLIO
PO BOX 57071
Irvine, CA 92619


CPS
19500 JAMBOREE RD
FLOOR 4
Irvine, CA 92612


CREDIT MANAGEMENT
4200 INTERNATIONAL PKWY
Carrollton, TX 75007


CREDIT SYS FOR ALABAMA POWER
P.O. BOX 1088
Arlington, TX 76004


CREDIT SYSTEM
1277 COUNTRY CLUB LANE
Fort Worth, TX 76112


CYPRUS COURT
4900 PLAZA DR
Montgomery, AL 36116


CYPRUS COURT APARTMENTS
C/O ACCB
PO BOX 560855
Rockledge, FL 32956-0855

DEBBIE & ROYCE RICHARDSON
4831 MITFORD CIRCLE
Montgomery, AL 36106


DEBT RECOVERY SOLUTION
P.O. BOX 9001
WESTBURY, NY 11590


Dentistry for Children P.C.
5833 Carmichael Road
Montgomery, AL 36117


DirecTV
P O Box 538605
Atlanta, GA 30353-8605


DISCOVER
6500 NEW ALBANY ROAD
New Albany, OH 43054


DISCOVER CARD
P.O. BOX 15316
WILMINGTON, DE 19850-5316


DISH NETWORK
Dept 0063
Palatine, IL 60055-0063


EASY MONEY
1102 ANN STREET
Montgomery, AL 36107


ELLIOTT & SHARON GARDNER
471 BISHOP TRAIL
Montgomery, AL 36105

Emergency Services of Montgomery
PO Box 189016
Plantation, FL 33318-9016


ENHANCED ACQUISITION
3840 E ROBINSON ROAD SUITE 353
Buffalo, NY 14228


ENTERPRISE
4000 EASTERN BLVD
Montgomery, AL 36116


EZ MONEY
6533 ATLANTA HWY
Montgomery, AL 36117


FEDLOAN
P.O. BOX 60610
Harrisburg, PA 17106


FIRST NATIONAL COLLECTION BUREAU
610 WALTHAM WAY
Sparks, NV 89434


GOLD'S ALABAMA
CHAMBLESS MATH CARR
P.O. BOX 230759
Montgomery, AL 36123


GRAND METROPOLITAN
2934 BEVERLY GLEN CIR
SUITE 521
Bel Air, CA 90077-1724


GUARDIAN CREDIT UNION
1789 CONG WL DICKINSON DR
Montgomery, AL 36109

HAYNES AMBULANCE
PO BOX 1515
Wetumpka, AL 36092


HEILIG MEYERS
5240 ATLANTA HIGHWAY
MONTGOMERY, AL 36117


HOLLOWAY CREDIT SOLUTI
1286 CARMICHAEL WAY
MONTGOMERY, AL 36106


HOLLOWAY CREDIT SOLUTION
1286 CARMICHAEL WAY
Montgomery, AL 36106


HSBC
PO BOX 80028
Salinas, CA 93912-0028


INTERNAL REVENUE SERVICE
P O BOX 7317
Philadelphia, PA 19101-7317


JACK INGRAM
227 EASTERN BYPASS
Montgomery, AL 36117


JACKSON HOSPITAL
1725 PINE STREET
Montgomery, AL 36106-1125


JACKSON SURGERY CENTER
1725 PARK PLACE
Montgomery, AL 36106

JEFFREY PALMER
9824 BLACK CHERRY COURT
Pike Road, AL 36064


KHEAA
100 AIRPORT ROAD
Frankfort, KY 40601-4323


KMART
C/O AMERICAN RECOVERY
100 CRISLER, STE 202
CRESENT SPRINGS, KY 41017


KNOLOGY
4200 INTERNATIONAL PKWY
Carrollton, TX 75007


KNOLOGY
1241 O. G. SKINNER DRIVE
West Point, GA 31833-1789


knology
P.O. Box 756
West Point, GA 31833


Max Federal Credit Union
400 Eastdale Circle
Montgomery, AL 36117


MOLTON MAYBERRY
P.O. BOX 250415
Montgomery, AL 36125


MONTGOMERY ALLERGY & ASTHMA ASSOCIATES
1420 NARROW LANE PKWY
Montgomery, AL 36111-2654

PARNELL & CRUM
P.O. BOX 2189
MONTGOMERY, AL 36102


PLANTATION BILLING CENTER
PO BOX 459077
Fort Lauderdale, FL 33345-9077


PROFESSIONAL PEDIATRICS
4154 CARMICHAEL ROAD
MONTGOMERY, AL. 36107


Quick Credit
2653 East South Blvd
Montgomery, AL 36116


REGIONS BANK
PO BOX 11007
Birmingham, AL 35207


REGIONS BANK
PO BOX 11007
Birmingham, AL 35288


RENT RECOVERY
2814 SPRING ROAD
STE 301
Atlanta, GA 30339


RICHARD MOXLEY
PO BOX 4953
Montgomery, AL 36103


ROBERT HENRY
2412 Rosemont Pl
Montgomery, AL 36106

SEARS
P.O. BOX 105702
ATLANTA, GA 30348


SHASHY REALTY
1401 I-85 PKWY SUITE E
Montgomery, AL 36106


SHASHY REALTY
1401 I-85 PKWY #E
Montgomery, AL 36106


SHELL OIL COMPANY
CUSTOMER SERVICE CENTER
P.O. BOX 80
TULSA, OK 74102-0080


SOUTHERN ORTHOPAEDIC
PO BOX 250450
Montgomery, AL 36125-0450


SOUTHERN ORTHOPAEDIC SURGEONS
P O BOX 250450
Montgomery, AL 36125-0450


SPEEDY CASH
3611 N RIDGE ROAD #104
Wichita, KS 67205


Speedy Cash
1501 Eastern Bypass
Montgomery, AL 36117


SPRINT
P O Box 105243
Atlanta, GA 30348

SUNTRUST
LEGAL PROCESSING DEPT
PO BOX 4418
ATLANTA, GA 30202-4418


SunTrust Bank
P.O. Box 26149
Richmond, VA 23260-6149


THE BELLMONT APTS
3580 MCGHEE PLACE DR SOUTH
Montgomery, AL 36111


THE HEALTH CARE AUTHORITY
400 TAYLOR ROAD
Montgomery, AL 36117


THE HEALTH CARE AUTHORITY FOR BAPTIST
2105 EAST SOUTH BLVD
Montgomery, AL 36116


TMobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-5341


TRIDENT ASSET MANAGEMENT
STE 12
5755 NORTHPOINT PKWY
Alpharetta, GA 30022


UAB HEALTH SYSTEM
619 19TH ST S
Birmingham, AL 35249


US BANK
101 5TH ST E STE A
Saint Paul, MN 55101

US DEPT OF ED
2505 S FINLEY RD
Lombard, IL 60148


VAUGHN PODIATRY
C/O HCBC
1286 CARMICHAEL WAY
Montgomery, AL 36106


VIRGINA DOWNS AND PINES APARTMENT
CHARLES EDMONDSON
621 SOUTH PERRY STREET
Montgomery, AL 36104


VIRGINA PINES
1537 JEAN STREET
Montgomery, AL 36107


VIRGINIA DOWNS APARTMENTS
4440 VIRGINIA LOOP ROAD
Montgomery, AL 36116


Wachovia Bank
P O Box 50014
Roanoke, VA 24040-5014


WALMART
702 SW 8TH STREET
Bentonville, AR 72716


WELLS FARGO
C/O CONSERVE
PO BOX 7
Fairport, NY 14450-0007


WESTERN SHAMROCK
801 S ABE
San Angelo, TX 76903

WOW
770 N. Eastern Blvd
Montgomery, AL 36117


WOW
3173 Taylor Road
Montgomery, AL 36116


WOW
6050 Knology Way
Columbus, GA 31909

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1    **Trinae Carter**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Alabama

Case number
(if known)

</td><td>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

> **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   4,351.74 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $   0.00 | $ |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions)    $   0.00 | | |
| Ordinary and necessary operating expenses   -$   0.00 | | |
| Net monthly income from a business, profession, or farm $   0.00   Copy here -> | $   0.00 | $ |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions)    $   0.00 | | |
| Ordinary and necessary operating expenses   -$   0.00 | | |
| Net monthly income from rental or other real property   $   0.00   Copy here -> | $   0.00 | $ |
| 7. **Interest, dividends, and royalties** | $   0.00 | $ |

Debtor 1    **Trinae Carter** _____    Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** $   0.00    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                    $   0.00

For your spouse        $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.      $   0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

     10a. _____ $   0.00    $ _____

     10b. _____ $   0.00    $ _____

     10c.   Total amounts from separate pages, if any.   + $   0.00    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ **4,351.74** + $ _____ = $ **4,351.74**

**Total current monthly income**

---

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

     12a. Copy your total current monthly income from line 11 .............. **Copy line 11 here=>**    12a. $ **4,351.74**

            Multiply by 12 (the number of months in a year)      **x 12**

     12b. The result is your annual income for this part of the form    12b. $ **52,220.88**

13. **Calculate the median family income that applies to you.** Follow these steps:

     Fill in the state in which you live.    **AL**

     Fill in the number of people in your household.    **4**

     Fill in the median family income for your state and size of household. ............    13. $ **66,442.00**

14. **How do the lines compare?**

     14a. ■    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

     14b. ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

**Part 3:**    Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Trinae Carter** _____

**Trinae Carter**
Signature of Debtor 1

Date **May 20, 2015** _____
     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Trinae Carter** _____    Case number (*if known*) _____

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **11/01/2014** to **04/30/2015**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **HYUNDAI**
Year-to-Date Income:
Last Year:
Starting Year-to-Date Income: __**$17,333.58**__ from check dated __**10/31/2014**__ .
Ending Year-to-Date Income: __**$22,951.24**__ from check dated __**12/31/2014**__ .

This Year:
Current Year-to-Date Income: __**$20,492.80**__ from check dated __**4/30/2015**__ .

Income for six-month period (Current+(Ending-Starting)): __**$26,110.46**__ .
Average Monthly Income: __**$4,351.74**__ .