UNITED STATES BANKRUPTCY COURT Middle District of Alabama

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 20, 2015.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Trinae Carter
P.O. Box 231552
Montgomery, AL 36123

| Case Number:<br>15−31321 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1186 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Richard D. Shinbaum<br>Shinbaum & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101<br>Telephone number: 334−269−4440 | Bankruptcy Trustee (name and address):<br>Susan S. DePaola<br>1726 West Second Street<br>Suite B<br>Montgomery, AL 36106<br>Telephone number: 334−262−1600 |

## Meeting of Creditors
*** photo identification required ***

Date: **June 26, 2015**        Time: **09:00 AM**
Location: **Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: August 25, 2015**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>One Church Street<br>Montgomery, AL 36104<br>Telephone number: 334−954−3800 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Juan−Carlos Guerrero |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: May 21, 2015 |

# EXPLANATIONS    B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint −− or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) −− in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                                                  Case No. 15-31321-WRS
Trinae Carter                                                                           Chapter 7
        Debtor               CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                  Page 1 of 3                  Date Rcvd: May 21, 2015
                              Form ID: b9a                 Total Noticed: 121


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2015.
db             +Trinae Carter,    P.O. Box 231552,    Montgomery, AL 36123-1552
3313324        +1 Stop Cash,    2801-C Vaughn Plaza Rd,    Montgomery, AL 36116-1141
3313325        +ALA GAS CO,    605 RICHARD ARRINGTON BLVD N,    Birmingham, AL 35203-2707
3313326        +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
3313327        +ALABAMA GAS,    235 LEE STREET,    Montgomery, AL 36104-3518
3313328        +ALABAMA POWER,    P.O. BOX 1088,    Arlington, TX 76004-1088
3313331        +ALIANT BANK,    7911 VAUGHN RD,    Montgomery, AL 36116-6740
3313334        +ALLTEL COMMUNICATIONS,    2000 HIGHLAND ROAD,    Twinsburg, OH 44087-2227
3313335         AMERICAN FAMILY CARE,    P.O. BOX 610410,    BIRMINGHAM, AL 35261-0410
3313337         ARS,   P.O. Box 459079,    Fort Lauderdale, FL 33345-9079
3313338         AT & T,    PO BOX 163250,    Columbus, OH 43216-3250
3313329         Alabama State Employees Credit Union,    c/o Richard C. Dean, Jr.,    PO Box 1028,
                 Montgomery, AL 36101-1028
3313332         Alltel,    Dept 555,    P.O. Box 4127,    Concord, CA 94524
3313333        +Alltel - All Correspondence,    Bldg 4, Fifth Floor,    One Allied Drive,
                 Little Rock, AR 72202-2065
3313339         BAPTIST HEALTH,    PO BOX 241145,    Montgomery, AL 36124-1145
3313340        +BAPTIST MEDICAL CENTER EAST,    PO BOX 241145,    Montgomery, AL 36124-1145
3313341        +BELISSIA HAYNES,    X-CLUSIVE REALTY,    1806 MT MEIGS ROAD,    Montgomery, AL 36107-2210
3313342        +BELISSIA HAYNES,    KRISTI FULLER,    8244 OLD FEDERAL ROAD,    Montgomery, AL 36117-8010
3313344         BELLSOUTH,    29EF1-301 W BAY STREET,    Jacksonville, FL 32202
3313345         BottomDollarPayday.com,    C/O BD PDL Services, LLC,    Suite 556,
                 Charlestown, Nevis West Indies
3313347        +CARRINGTON PARK,    2000 CENTRAL PARKWAY,    Montgomery, AL 36106-3248
3313349        +CASH COLORADO,    C/O BRIAN MICHAEL CLOUD,    1625 RICHARD ARRINGTON JR BLVD SOUTH,
                 Birmingham, AL 35205-4901
3313350       #+CASH MART,    2651 EAST SOUTH BLVD,    Montgomery, AL 36116-2531
3313351        +CHAMBLESS & MATH,    P.O. BOX 230759,    MONTGOMERY, AL 36123-0759
3313352        +CHARTER COMMUNICATION,    8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
3313354        +CHECK INTO CASH,    3448 ATLANTA HWY,    Montgomery, AL 36109-2704
3313356        +CHECK SYSTEMS, INC,    7805 HUDSON RD SUITE 100,    Saint Paul, MN 55125-1703
3313359        +CPS,   19500 JAMBOREE RD,    FLOOR 4,    Irvine, CA 92612-2401
3313361        +CREDIT SYS FOR ALABAMA POWER,    P.O. BOX 1088,    Arlington, TX 76004-1088
3313363        +CYPRUS COURT,    4900 PLAZA DR,    Montgomery, AL 36116-2629
3313364         CYPRUS COURT APARTMENTS,    C/O ACCB,    PO BOX 560855,    Rockledge, FL 32956-0855
3313355        +Check N Go,    Installment Loan Payments,    4540 Cooper Rd Ste. 200,    Cincinnati, OH 45242-5649
3313365        +DEBBIE & ROYCE RICHARDSON,    4831 MITFORD CIRCLE,    Montgomery, AL 36106-2922
3313366        +DEBT RECOVERY SOLUTION,    P.O. BOX 9001,    WESTBURY, NY 11590-9001
3313367        +Dentistry for Children P.C.,    5833 Carmichael Road,    Montgomery, AL 36117-2341
3313373        +ELLIOTT & SHARON GARDNER,    471 BISHOP TRAIL,    Montgomery, AL 36105-3545
3313375        +ENHANCED ACQUISITION,    3840 E ROBINSON ROAD SUITE 353,    Buffalo, NY 14228-2001
3313376        +ENTERPRISE,    4000 EASTERN BLVD,    Montgomery, AL 36116-2642
3313321         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3313323         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3313377        +EZ MONEY,    6533 ATLANTA HWY,    Montgomery, AL 36117-4226
3313374         Emergency Services of Montgomery,    PO Box 189016,    Plantation, FL 33318-9016
3313378        +FEDLOAN,    P.O. BOX 60610,    Harrisburg, PA 17106-0610
3313379        +FIRST NATIONAL COLLECTION BUREAU,    610 WALTHAM WAY,    Sparks, NV 89434-6695
3313380        +GOLD'S ALABAMA,    CHAMBLESS MATH CARR,    P.O. BOX 230759,    Montgomery, AL 36123-0759
3313381         GRAND METROPOLITAN,    2934 BEVERLY GLEN CIR,    SUITE 521,    Bel Air, CA 90077-1724
3313382       ++GUARDIAN CREDIT UNION,    1789 CONGRESSMAN W L DICKNSON DR,    MONTGOMERY AL 36109-2601
                 (address filed with court: GUARDIAN CREDIT UNION,    1789 CONG WL DICKINSON DR,
                 Montgomery, AL 36109)
3313383        +HAYNES AMBULANCE,    PO BOX 1515,    Wetumpka, AL 36092-0028
3313384        +HEILIG MEYERS,    5240 ATLANTA HIGHWAY,    MONTGOMERY, AL 36109-3322
3313385        +HOLLOWAY CREDIT SOLUTI,    1286 CARMICHAEL WAY,    MONTGOMERY, AL 36106-3645
3313386        +HOLLOWAY CREDIT SOLUTION,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3313387         HSBC,    PO BOX 80028,    Salinas, CA 93912-0028
3313389        +JACK INGRAM,    227 EASTERN BYPASS,    Montgomery, AL 36117-2084
3313390        +JACKSON HOSPITAL,    1725 PINE STREET,    Montgomery, AL 36106-1117
3313391        +JACKSON SURGERY CENTER,    1725 PARK PLACE,    Montgomery, AL 36106-1123
3313392        +JEFFREY PALMER,    9824 BLACK CHERRY COURT,    Pike Road, AL 36064-2363
3313393        +KHEAA,    100 AIRPORT ROAD,    Frankfort, KY 40601-6161
3313394        +KMART,    C/O AMERICAN RECOVERY,    100 CRISLER, STE 202,    CRESENT SPRINGS, KY 41017-1639
3313396         KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3313395        +KNOLOGY,    4200 INTERNATIONAL PKWY,    Carrollton, TX 75007-1912
3313397       ++KNOLOGY INC,    1241 O G SKINNER DRIVE,    WEST POINT GA 31833-1789
                 (address filed with court: knology,    P.O. Box 756,    West Point, GA 31833)
3313399        +MOLTON MAYBERRY,    P.O. BOX 250415,    Montgomery, AL 36125-0415
3313400         MONTGOMERY ALLERGY & ASTHMA ASSOCIATES,    1420 NARROW LANE PKWY,    Montgomery, AL 36111-2654
3313398        +Max Federal Credit Union,    400 Eastdale Circle,    Montgomery, AL 36117-2117
3313401        +PARNELL & CRUM,    P.O. BOX 2189,    Montgomery, AL 36102-2189
3313402         PLANTATION BILLING CENTER,    PO BOX 459077,    Fort Lauderdale, FL 33345-9077
3313403        +PROFESSIONAL PEDIATRICS,    4154 CARMICHAEL ROAD,    MONTGOMERY, AL 36106-3612
```

```
3313404       +Quick Credit,    2653 East South Blvd,    Montgomery, AL 36116-2531
3313407       +RENT RECOVERY,    2814 SPRING ROAD,    STE 301,    Atlanta, GA 30339-3036
3313408       +RICHARD MOXLEY,    PO BOX 4953,    Montgomery, AL 36103-4953
3313409       +ROBERT HENRY,    2412 Rosemont Pl,    Montgomery, AL 36106-2214
3313412       +SHASHY REALTY,    1401 I-85 PKWY #E,    Montgomery, AL 36106-2833
3313411       +SHASHY REALTY,    1401 I-85 PKWY SUITE E,    Montgomery, AL 36106-2833
3313413       +SHELL OIL COMPANY,    CUSTOMER SERVICE CENTER,    P.O. BOX 80,    TULSA, OK 74101
3313419       +SUNTRUST,    LEGAL PROCESSING DEPT,    PO BOX 4418,    ATLANTA, GA 30302-4418
3313421       +THE BELLMONT APTS,    3580 MCGHEE PLACE DR SOUTH,    Montgomery, AL 36111-3379
3313422       +THE HEALTH CARE AUTHORITY,    400 TAYLOR ROAD,    Montgomery, AL 36117-3512
3313423       +THE HEALTH CARE AUTHORITY FOR BAPTIST,    2105 EAST SOUTH BLVD,    Montgomery, AL 36116-2409
3313322       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000
3313428       +US DEPT OF ED,    2505 S FINLEY RD,    Lombard, IL 60148-4867
3313429       +VAUGHN PODIATRY,    C/O HCBC,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
3313430       +VIRGINA DOWNS AND PINES APARTMENT,    CHARLES EDMONDSON,    621 SOUTH PERRY STREET,
                Montgomery, AL 36104-5819
3313431       +VIRGINA PINES,    1537 JEAN STREET,    Montgomery, AL 36107-3127
3313432       +VIRGINIA DOWNS APARTMENTS,    4440 VIRGINIA LOOP ROAD,    Montgomery, AL 36116-3408
3313434       +WALMART,    702 SW 8TH STREET,    Bentonville, AR 72716-6299
3313435        WELLS FARGO,    C/O CONSERVE,    PO BOX 7,    Fairport, NY 14450-0007
3313437       +WOW,    770 N. Eastern Blvd,    Montgomery, AL 36117-8619
3313438       +WOW,    3173 Taylor Road,    Montgomery, AL 36116-6504
3313439       +WOW,    6050 Knology Way,    Columbus, GA 31909-4962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: rshinbaum@smclegal.com May 21 2015 20:48:24     Richard D. Shinbaum,
                Shinbaum & Campbell,    P.O. Box 201,    Montgomery, AL 36101
tr            +EDI: QSSDEPAOLA.COM May 21 2015 20:38:00      Susan S. DePaola,    1726 West Second Street,
                Suite B,    Montgomery, AL 36106-1546
3313330        E-mail/Text: dhornsby@asecu.org May 21 2015 20:48:49     ALABAMA STATE EMPLOYEES CU,
                1000 INTERSTATE DRIVE,    Montgomery, AL 36109
3313336       +EDI: AMSHER.COM May 21 2015 20:38:00      AMSHERCOLLECTIONS,    600 BEACON PKWY W,    SUITE 300,
                Birmingham, AL 35209-3114
3313343        EDI: ATTWIREBK.COM May 21 2015 20:38:00      BELLSOUTH,    PO BOX 105503,
                Atlanta, GA 30348-5503
3313346        EDI: CAPITALONE.COM May 21 2015 20:38:00      CAP ONE,    P.O. BOX 85015,
                Richmond, VA 23285-5075
3313353       +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM May 21 2015 20:58:51      CHARTER COMMUNICATIONS,
                5990 MONTICELLO DR,    Montgomery, AL 36117-6210
3313357       +EDI: CMIGROUP.COM May 21 2015 20:38:00      CMI GROUP,    4200 INTERNATIONAL PKWY,
                Carrollton, TX 75007-1930
3313358       +E-mail/Text: bankruptcy@consumerportfolio.com May 21 2015 20:49:11      CONSUMER PORTFOLIO,
                PO BOX 57071,    Irvine, CA 92619-7071
3313360       +EDI: CMIGROUP.COM May 21 2015 20:38:00      CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,
                Carrollton, TX 75007-1912
3313362       +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM May 21 2015 20:49:34      CREDIT SYSTEM,
                1277 COUNTRY CLUB LANE,    Fort Worth, TX 76112-2304
3313348       +E-mail/Text: bankruptcy@speedyinc.com May 21 2015 20:48:45      Cash Colorado,
                3611 North Ridge Road,    Wichita, KS 67205-1214
3313355       +EDI: CHECKNGO.COM May 21 2015 20:38:00      Check N Go,    Installment Loan Payments,
                4540 Cooper Rd Ste. 200,    Cincinnati, OH 45242-5649
3313368        EDI: DIRECTV.COM May 21 2015 20:38:00      DirecTV,    P O Box 538605,    Atlanta, GA 30353-8605
3313369        EDI: DISCOVER.COM May 21 2015 20:38:00      DISCOVER,    6500 NEW ALBANY ROAD,
                New Albany, OH 43054
3313370        EDI: DISCOVER.COM May 21 2015 20:38:00      DISCOVER CARD,    P.O. BOX 15316,
                WILMINGTON, DE 19850-5316
3313371        EDI: ESSL.COM May 21 2015 20:38:00      DISH NETWORK,    Dept 0063,    Palatine, IL 60055-0063
3313372       +Fax: 614-760-4092 May 21 2015 21:16:34     EASY MONEY,    1102 ANN STREET,
                Montgomery, AL 36107-3002
3313388        EDI: IRS.COM May 21 2015 20:38:00      INTERNAL REVENUE SERVICE,    P O BOX 7317,
                Philadelphia, PA 19101-7317
3313405       +EDI: AMSOUTH.COM May 21 2015 20:38:00      REGIONS BANK,    PO BOX 11007,
                Birmingham, AL 35202-1007
3313406       +EDI: AMSOUTH.COM May 21 2015 20:38:00      REGIONS BANK,    PO BOX 11007,
                Birmingham, AL 35288-0001
3313410       +EDI: SEARS.COM May 21 2015 20:38:00      SEARS,    P.O. BOX 105702,    ATLANTA, GA 30348-5702
3313414        E-mail/Text: jkoch@southernorthosurg.com May 21 2015 20:49:05     SOUTHERN ORTHOPAEDIC,
                PO BOX 250450,    Montgomery, AL 36125-0450
3313415        E-mail/Text: jkoch@southernorthosurg.com May 21 2015 20:49:05     SOUTHERN ORTHOPAEDIC SURGEONS,
                P O BOX 250450,    Montgomery, AL 36125-0450
3313416       +E-mail/Text: bankruptcy@speedyinc.com May 21 2015 20:48:45      SPEEDY CASH,
                3611 N RIDGE ROAD #104,    Wichita, KS 67205-1214
3313418       +EDI: NEXTEL.COM May 21 2015 20:38:00      SPRINT,    P O Box 105243,    Atlanta, GA 30348-5243
3313417       +E-mail/Text: bankruptcy@speedyinc.com May 21 2015 20:48:45      Speedy Cash,
                1501 Eastern Bypass,    Montgomery, AL 36117-1605
3313420        EDI: STF1.COM May 21 2015 20:38:00      SunTrust Bank,    P.O. Box 26149,
                Richmond, VA 23260-6149
3313424       +EDI: AISTMBL.COM May 21 2015 20:38:00      TMobile Bankruptcy Team,    PO Box 53410,
                Bellevue, WA 98015-3410
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3313426        +E-mail/PDF: uabbankruptcy@comerupshaw.com May 21 2015 20:53:21      UAB HEALTH SYSTEM,
                 619 19TH ST S,    Birmingham, AL 35249-1900
3313427         EDI: USBANKARS.COM May 21 2015 20:38:00      US BANK,   101 5TH ST E STE A,
                 Saint Paul, MN 55101
3313433         EDI: WACHOVIA.COM May 21 2015 20:38:00      Wachovia Bank,   P O Box 50014,
                 Roanoke, VA 24040-5014
3313436        +E-mail/Text: bankruptcy@wscadc.tzo.com May 21 2015 20:49:08      WESTERN SHAMROCK,   801 S ABE,
                 San Angelo, TX 76903-6735
                                                                                               TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3313425       ##+TRIDENT ASSET MANAGEMENT,    STE 12,   5755 NORTHPOINT PKWY,   Alpharetta, GA 30022-1136
                                                                                      TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
NONE.                                                                                       TOTAL: 0
```