IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In the Matter of: )
) Case No. 15-31321
Trinae Carter, )
) Chapter 7
)
Debtor. )

**DEBTOR'S RESPONSE TO MOVANT ROBERT F. HENRY JR.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW Debtor, by and through attorney, and hereby requests this Court to DENY movant Robert F. Henry, Jr.'s Motion for Relief From Automatic Stay and, as grounds for such, would state as follows:

1. Debtor does not owe Robert F. Henry, Jr. ("Henry") $1,000.00 for the month of May 2015. The monthly payment under the terms of the lease agreement was $1,000.00, not $2,000.00.

2. Debtor further states she fell behind on rental payments because she was admitted to the hospital due to sickness and because she continued to be garnished despite filing bankruptcy. Counsel for that creditor has informed Debtor's counsel the garnishment release will be filed July 7, 2015. Debtor asserts she can catch up any arrears for rental payments when the garnishment stops.

WHEREFORE, the premises considered, Debtor requests this Court deny the movant's motion for relief from the automatic stay.

Respectfully submitted July 6, 2015.

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R
Attorney for Debtor
Shinbaum Law Firm, P.C.
566 South Perry Street
P.O. Box 201
Montgomery, AL 36101
334-269-4440; Selma 334-872-4545

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or by mail on July 6, 2015.

Case 15-31321  Doc 17  Filed 07/06/15  Entered 07/06/15 17:12:41  Desc Main
Document  Page 1 of 2

Chapter 13 Trustee, Curtis C. Reding

Bankruptcy Administrator, Teresa Jacobs

Robert F. Henry, Jr.
2412 Rosemont Place
Montgomery, AL 36106

Leonard N. Math
Chambless Math Carr, P.C.
P.O. Box 230759
Montgomery, AL 36123-0759

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R
Attorney for Debtor